UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE RANDOLPH STEWART, <br> Plaintiff, <br> v. <br> STEVE FREITAS, et al., <br> Defendants. | Case No. 17-cv-01529-MEJ (PR) <br><br> **JUDGMENT** |

A judgment of dismissal without prejudice is hereby entered. The Clerk of the court shall close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 19, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge